# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re: DAVID A. SNODGRASS  
10846 MEREDOSIA ROAD  
ALBANY, IL  61230

SSN-xxx-xx-0707

Case Number: 06-71588

Case filed on: 8/31/2006  
Plan Confirmed on: 2/5/2007

O Paid Out, No Discharge

Total funds received and disbursed pursuant to the plan: $50,634.58          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY BRUCE A BUCKROP | 3,000.00 | 3,000.00 | 2,484.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,484.00 | 0.00 |
| 012 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | IL STATE DISPERSMENT UNIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WANNETTE L MOORE | 4,141.00 | 4,141.00 | 4,141.00 | 0.00 |
|  | Total Priority | 4,141.00 | 4,141.00 | 4,141.00 | 0.00 |
| 999 | DAVID A. SNODGRASS | 0.00 | 0.00 | 1,565.71 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,565.71 | 0.00 |
| 001 | FIRST GATEWAY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST GATEWAY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST GATEWAY CREDIT UNION | 4,412.56 | 3,156.00 | 3,156.00 | 462.37 |
| 004 | FIRST GATEWAY CREDIT UNION | 3,168.00 | 2,679.00 | 2,679.00 | 390.23 |
| 005 | ECAST SETTLEMENT CORPORATION | 7,177.17 | 6,600.00 | 6,600.00 | 968.43 |
| 006 | ECAST SETTLEMENT CORPORATION | 760.00 | 760.00 | 760.00 | 110.59 |
| 007 | ECAST SETTLEMENT CORPORATION | 4,500.00 | 4,500.00 | 4,500.00 | 658.69 |
| 018 | FINANCIAL PACIFIC LEASING LLC | 61,810.08 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 81,827.81 | 17,695.00 | 17,695.00 | 2,590.31 |
| 003 | FIRST GATEWAY CREDIT UNION | 0.00 | 1,256.56 | 1,256.56 | 0.00 |
| 004 | FIRST GATEWAY CREDIT UNION | 0.00 | 489.00 | 489.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 0.00 | 577.17 | 577.17 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 271.89 | 271.89 | 271.89 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,247.87 | 2,247.87 | 2,247.87 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 1,301.79 | 1,301.79 | 1,301.79 | 0.00 |
| 011 | LVNV FUNDING LLC | 5,249.11 | 5,249.11 | 5,249.11 | 0.00 |
| 013 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JAMES PILLERS | 841.00 | 841.00 | 841.00 | 0.00 |
| 016 | MARK PARMENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS STUDENT ASSISTANCE COMM | 6,341.85 | 6,341.85 | 6,341.85 | 0.00 |
| 020 | TRI-STATE ADJUSTMENTS | 242.00 | 242.00 | 242.00 | 0.00 |
|  | Total Unsecured | 16,495.51 | 18,818.24 | 18,818.24 | 0.00 |
|  | Grand Total: | 105,464.32 | 43,654.24 | 44,703.95 | 2,590.31 |

Total Paid Claimant:      $47,294.26  
Trustee Allowance:        $3,340.32  
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan